YONKERS LODGE No. 707 OF THE BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, Respondent, *v.* JOHN J. CONDON et al., Constituting the Common Council of the City of Yonkers, et al., Appellants, and THE BOARD OF EDUCATION OF THE CITY OF YONKERS, Respondent.

Submitted January 5, 1942; decided January 15, 1942.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 287 N. Y. 44.)

JOSEPH KALAMON, Respondent, *v.* ANNA KALAMON et al., Appellants.

Submitted January 5, 1942; decided January 15, 1942.

*Jacob W. Friedman* for motion.
*Frank Booth* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the order does not finally determine the action within the meaning of the Constitution.